

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-14-00086-CV

In the Interest of Y.G.B., A Child,
Appellant/s
From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00166
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On January 21, 2014, the trial court signed an order terminating Appellant's rights to his children Y.G.B. On February 4, 2014, Appellant filed a notice of accelerated appeal. *See* TEX. R. APP. P. 26.1(b). The reporter's record was due on February 14, 2014. *See id.* R. 35.1(b).

On February 13, 2014, court reporter L. Kayleen Rivera filed a notification of late reporter's record. She indicated that she had not received a request for a reporter's record in this appeal, and did not provide a date by which the record would be completed.

The reporter's motion for extension of time to file the reporter's record is GRANTED. **The reporter's record must be filed with this court by February 24, 2014.** *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court